XAVIER BECERRA
Attorney General of California
STEPAN A. HAYTAYAN
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6505
  Fax:  (213) 897-5775
  E-mail:  Jonathan.Eisenberg@doj.ca.gov
*Attorneys for Xavier Becerra, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION (SPRING STREET)

| | |
|---|---|
| **MOUNTAIN RIGHT TO LIFE, INC., DBA PREGNANCY & FAMILY RESOURCE CENTER; BIRTH CHOICE OF THE DESERT; HIS NESTING PLACE,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**XAVIER BECERRA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, IN HIS OFFICIAL CAPACITY; KAREN SMITH, M.D., DIRECTOR OF CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, IN HER OFFICIAL CAPACITY,**<br><br>Defendants. | Case No. 5:16-cv-00119-TJH-SP<br><br>**PERMANENT INJUNCTION AND ORDER OF DISMISSAL**<br><br>**[JS-6]**<br><br>Courtroom: 17<br>Judge:     Hon. Terry J. Hatter<br>Trial Date: Not Set Yet<br>Action Filed: January 21, 2016 |

It is hereby **ORDERED** that Defendant Xavier Becerra, in his official capacity as the Attorney General of California, shall be permanently enjoined from enforcing the Reproductive FACT Act, California Health and Safety Code sections 123470-123473.

It is further **ORDERED** that this action is dismissed with prejudice;

It is further **ORDERED** that Plaintiffs should be and hereby are declared prevailing parties for purposes of 42 U.S.C. § 1988;

It is further **ORDERED** that Plaintiffs shall have thirty (30) days from the entry of this Order and Judgment to submit any motion for attorney's fees and costs pursuant to 42 U.S.C. § 1988; and

It is further **ORDERED** that this Court shall retain jurisdiction over this action for purposes of implementing and enforcing the final judgment, and for resolution of Plaintiffs' motion for attorney's fees and costs pursuant to 42 U.S.C. §1988.

It is so **ORDERED**.

Dated: October 16, 2018

_____
HON. TERRY J. HATTER, JR.,
United States District Judge